UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELO PARKS,

    Petitioner,

                                              Case No. 08-10780
v.                                           Honorable Patrick J. Duggan

NICK LUDWICK,

    Respondent.
_____/

## JUDGMENT

Petitioner Angelo Parks has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. For the reasons set forth in an Opinion and Order issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED,** that the petition for a writ of habeas corpus is **DISMISSED WITH PREJUDICE.**

DATE: November 20, 2009
           s/PATRICK J. DUGGAN
                                  UNITED STATES DISTRICT JUDGE

Copies to:
Angelo Parks, #180419
Kinross Correctional Facility
16770 S. Watertower Drive
Kincheloe, MI 49788

Jeffrey W. Caminsky, Esq.